IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GWENDOLYN NESMITH | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-2894 |
| | : | |
| INDEPENDENCE BLUE CROSS | : : | |

**<u>O R D E R</u>**

AND NOW, this       day of September, 2002, IT IS ORDERED THAT:

1.      All trial counsel and all unrepresented parties in the above-captioned matter shall attend an Initial Pretrial Scheduling Conference before the Honorable R. Barclay Surrick on <u>November 21, 2002</u>, at <u>10:30 A. M</u>., in a courtroom to be assigned, notice will be placed on the door of chambers 5118  the day of the conference.  All who attend must be authorized and empowered to discuss and make binding decisions with regard to all aspects of this case.

2.      No later than five (5) days prior to the date of the Initial Pretrial Scheduling Conference, the Parties shall each file with Chambers a separate written Case Report which shall include the following information:

        A.      A brief statement describing the facts of the case and the basis for the Court's jurisdiction over the Parties and the action (not to exceed three (3) pages);

        B.      A brief statement of all causes of action, the essential elements of each cause of action, and the relief sought;

   C. A brief statement of the defenses asserted and the essential elements of each affirmative defense;

   D. Whether the Parties have complied with the disclosure requirements of Fed.R.Civ. P. 26(a)(1) and Section 4:01(a) of the Civil Expense and Delay Reduction Plan, and if not, the date on which such disclosures will be completed;

   E. The date by which the Parties anticipate all discovery (including expert discovery) will be completed;

   F. Whether all necessary parties have been properly joined, and if not, the name of any such party and each Party's respective position of why such party is or is not necessary to the action;

   G. Whether settlement negotiations have taken place and each Party's respective position on settlement; and

   H. A list of all counsel who will be attending the Scheduling Conference, identifying the party whom each attorney represents.

              BY THE COURT:

              _____
              R. Barclay Surrick, Judge