IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GWENDOLYN NESMITH : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 02-CV-2894 |
| INDEPENDENCE BLUE CROSS : | |

**ORDER**

AND NOW, this 22nd day of November, 2002, the Clerk's Office is directed to request that counsel from The Employment Discrimination Panel represent Plaintiff Gwendolyn Smith in the above captioned matter.

BY THE COURT:

_____
R. Barclay Surrick, Judge