IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GWENDOLYN NESMITH : CIVIL ACTION

vs. : NO. 02-2894

INDEPENDENCE BLUE CROSS :

### ORDER

**AND NOW,** this    day of    , 2003, on plaintiff's motion, MARC E. WEINSTEIN, Esq., of the Plaintiff's Employment Attorney Panel, is appointed to represent plaintiff. Plaintiff should contact the attorney within five days. The attorney's address and telephone number are:

MARC E. WEINSTEIN, ESQ.

ONE NORTHBROOK CORP. CENTER, SUITE 280

1210 NORTHBROOK DRIVE

TREVOSE, PA 19053

(215)-953-5200

R. BARCLAY SURRICK, Judge

Note: A description of the Plaintiff's Employment Attorneys Panel program is attached.