IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GWENDOLYN NESMITH,           :        NO. 2:02-cv-02894-JP
      Plaintiff        :
                       :
  VS.                        :
                       :
INDEPENDENCE BLUE CROSS,     :
      Defendant        :

O R D E R

AND NOW, this 4th day of March, 2004, it is ORDERED that a settlement conference is scheduled before the undersigned for Tuesday, March 30, 2004, at 1:30 p.m., in chambers, 3006 United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

The court assumes that settlement of this case is a real possibility. Counsel are directed to notify the court if this assumption is unwarranted.

Counsel of record are directed to appear with their client(s); in the case of an insured corporation, a representative who has settlement authority must be present; in the case of an insurance company, a carrier representative with authority must be present.

It is FURTHER ORDERED that the attached confidential summary sheet should be submitted via fax to 215-597-6125 by noon on the day prior to the conference.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE


3/4/04 Copy via fax to:
Marc E. Weinstein, Esquire (215-953-5214)
Donna M. Orzell, Esquire (215-963-5001)

3/4/04 Copy via first class mail to:
Gwendolyn Nesmith
P.O. Box 56221
Philadelphia, PA  19130

PRETRIAL/SETTLEMENT CONFERENCE SUMMARY SHEET
(Do not docket this form)

Caption:_____

Civil Action No. _____  District Court Judge: _____

Jury _____    Non-Jury _____     Trial/Pool Date: _____

Counsel:
  Name         _____

  Address      _____

  Phone        _____  Fax _____

  Client       _____

Status of Discovery and Proposed Discovery Schedule: _____
_____
_____

Motions Pending: _____
_____
_____

Case ready for trial on _____  Estimate of time for entire trial _____

Prospect of Settlement:   Excellent \_\_\_\_\_   Good \_\_\_\_\_   Fair \_\_\_\_\_   Must be Tried \_\_\_\_\_

Other Relevant Matters: _____
_____

Prior Offers/Demands: _____
_____

Special Comments: _____

Attach Synopsis of Case (Limited to one page)